UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALEXEY MARTINEZ ALMANZA

VERSUS

JAMIEN ARVIE, et al.

CIVIL ACTION

NO: 26-00659

SECTION: T (1)

## ORDER AND REASONS

Plaintiff Alexey Martinez Almanza has filed a habeas petition pursuant to 28 U.S.C. § 2241 challenging the validity of his detention at the River Correctional Center in Ferriday, Louisiana. Before considering the merits of plaintiff's petition, "the Court must determine as a threshold matter whether it has proper jurisdiction to entertain Plaintiff's habeas petition pursuant to 28 U.S.C. § 2241(a)." *Aragon Aria v. Bondi*, No. 26-00461 (E.D. La. March 6, 2026) (quoting *Dada v. Witte*, No. 20-1093, 2020 WL 1674129, at *2 (E.D. La. Apr. 6, 2020)). "[T]he only district that may consider a habeas corpus challenge to present physical confinement pursuant to § 2241 is the district court in which the prisoner is confined." *Id.*

Mr Martinez Almanza states in his petition that he is being detained at the River Correctional Center in Ferriday, Louisiana. The Town of Ferriday is situated in Concordia Parish, which falls within the jurisdiction of the Western District of Louisiana, Alexandria Division. *See Aragon Arias, supra*, p. 1. Consequently, this Court does not have jurisdiction to consider his petition and, in the interest of justice, may instead transfer his petition to the Western District of

1

Louisiana, Alexandria Division.[1]

Accordingly,

**IT IS ORDERED** that, in the interest of justice, the above-captioned matter is TRANSFERRED to the United States District Court for the Western District of Louisiana, Alexandria Division.

New Orleans, Louisiana, this 30th day of March 2026.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE

---

[1] *See* 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.").

2