UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ALEXEY MARTINEZ ALMANZA | CIVIL ACTION NO. 26-1011 |
| | SECTION P |
| VS. | |
| | JUDGE ROBERT R. SUMMERHAYS |
| JAMIEN ARVIE, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

## ORDER

Petitioner Alexey Martinez Almanza,[1] a detainee in the custody of the Department of Homeland Security and the Bureau of Immigration and Customs Enforcement, petitions for a writ of habeas corpus under 28 U.S.C. § 2241.

**THE CLERK OF COURT IS DIRECTED** to serve a summons, a copy of the Petition, [doc. # 1], and a copy of this Order by certified mail on the United States Attorney for the Western District of Louisiana, the United States Attorney General, DHS/ICE through its Director, and the Warden of River Correctional Center.

**THE CLERK OF COURT IS FURTHER INSTRUCTED** to email a copy of this Order to the Civil Chief of the United States Attorney's Office for the Western District of Louisiana and grant her access to the pleadings.

**IT IS ORDERED** that Respondents file a response to the Petition within **21 days** following the date of service.

**IT IS FURTHER ORDERED** that Petitioner shall have **7 days** following the filing of Respondents' response to file a reply.

---

[1] Petitioner's "A Number" is 220-652-505.

When the record is complete, the Court will determine the necessity of an evidentiary hearing.

In Chambers, Monroe, Louisiana, this 9th day of April, 2026.

_____
Kayla Dye McClusky
United States Magistrate Judge

2