**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **ALEXEY MARTINEZ ALMANZA** | **CIVIL ACTION NO. 26-1011** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE ROBERT R. SUMMERHAYS** |
| **JAMIEN ARVIE, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Alexey Martinez Almanza's petition is **DENIED AND DISMISSED WITH PREJUDICE**.

THUS DONE in Chambers on this 24th day of August, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE